FILED
VANESSA L. ARMSTRONG, CLERK
MAR 26 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
Western District of Kentucky
At Paducah
Civil Action No. 5:15-CV- ~~03244~~ 00030-GNS

Michael Cooper

V.                    Motion For Summary Judgment

Troy Belt, ET. Al.,

\*\*\* \*\*\* \*\*\*        \*\*\* \*\*\* \*\*\*        \*\*\* \*\*\* \*\*\*

~ Motion For Summary Judgment ~

    Comes Now the plaintiff Michael Cooper, pro se without counsel, Moves this honorable court to enter a Summary Judgment in favor of the plaintiff. In Support of this herein motion plaintiff states the following:

    A trial is Necessary only when there are disputed issues of material fact. under the Federal Rules of Civil Procedure 56 governs Motions for Summary Judgment. The issues of what took place are Not in dispute; rather IF the officers did So out of Retaliation. One Must look at the Metaphysics of the claims and the Fact that the Correctional officers acted Mordantly over a Flooded Cell. Something

1 of 4

So innocuous doesn't warrant such consequences. It is inexorable.

Pursaunt to Fed.R.Civ.Pro. Rule 56 Plaintiff ask for Summary Judgment in his favor, in the proper remedies, as for this action is well overdue for conclusion and defendants continue to display, attempt, or lack thereof engaging in pretrial discovery in bad faith. Plaintiff seeks a Summary Judgment by matter of law, order to follow:

• Permanent injunction granting inmates to be able to receive publications from publications via family & friend "Purchases";

• Permanent injunction ordering defendants to place video servallence by the strip out cage in 3 cellhouse & outside 3 cellhouse;

• Award punitive damages to the Plaintiff from defendants, Troy Belt, Terry Peede, James Beeler, Michael Pillion, Niel Gardner... in the sum of 2,000.00 each and indiviqually,

• order defendants Troy Belt and Terry Peede...To cover medical expenses to have laser surgery by an outside doctor not associated with KyD.o.c,

• Pay All Court cost & Restitution,

2 OF 4

• Compensatory damage in the sum of 5,000.00 in totalities all defendants to cover expenses from all Legal Material throw away with injuries, pictures Legal mail, Legal Books addresses, in totalities. Permenant lodging a protection order between Plaintiff and K.S.P, Making an "order restriction" for Plaintiff to serve and or Service any Felony conviction at K.S.P to insure Plaintiff Safty, and

• Any and all remedies this court deems Just proper and equitable. Wherefore, Plaintiff Michael cooper Respectfully prays this honorable court grant this order.

Respectfully Submitted

Michael Cooper # 311158-7-c-6
31ee Water St.
Eddyville, Ky 42038

March 20, 2018

Kristin Wehking
125 Holmes St.
Frankfort, Ky 40601

3 OF 4

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2018 I filed this document with the clerk of the court by using the K.S.P legal mail system. I further certify that I mailed this document and have motion by First class mail postage prepaid to the following:

Kristin Wehking
1025 Holmes Street, 2nd Floor
Frankfort, Ky 40601

3-20-18

Michael Cooper

1 OF 4



Michael Cooper #211158-17-C-6
2Lee Water St.
Eddyville, Ky 42038

FILED
VANESSA L. ARMSTRONG, CLERK

MAR 2 6 2018

U.S. DISTRICT COURT
WEST'N. DIST KENTUCKY

Kentucky State Penitentiary

Uncensored Inmate Mail
Not Responsible For Contents

United States District Court
c/o Venessa L. Armstrong
Room 127 Federal Building
501 Broadway
Paducah, Ky 42001-6801

3-20-18

EVANSVILLE IN 476

22 MAR 2018 PM 2 L

42001-683627