UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:17-CV-030-TBR

MICHAEL COOPER,                                                    PLAINTIFF

v.

TROY BELT, ET AL.,                                                DEFENDANTS

## ORDER AND JUDGMENT

This matter is before the Court on Plaintiff Michael Cooper and Defendants Troy Belt, Terry Peede, James Beeler, Neil Gardner, and Michael Pillion's ("the Defendants") competing motions for summary judgment. [R. 39; R. 36.] Cooper responded, [R. 38], and the deadline for Defendants to respond has passed. Having reviewed the parties' submissions, and being otherwise sufficiently advised, for the reasons set forth in the Court's Memorandum Opinion filed contemporaneous to this Order and Judgment,

**IT IS HEREBY ORDERED**: The Defendants' Motion for Summary Judgment, [R. 36], is **GRANTED**. Plaintiff Cooper's Motion for Summary Judgment, [R. 39], is **DENIED**.

All claims in the above-captioned action shall be **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the case.

There being no just cause for delay, this is a final and appealable order.

**IT IS SO ORDERED**.

cc: Counsel of Record

Michael Cooper, Pro Se
211158
KENTUCKY STATE PENITENTIARY
266 Water Street
Eddyville, KY 42038